UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

AMANDA MCBROOME                                               PLAINTIFF

V.                       No. 3:21-CV-00020-LPR-JTR

KEITH BOWERS, Administrator, Craighead
County Detention Center; CRAIGHEAD
COUNTY DETENTION CENTER                                       DEFENDANTS

# ORDER

The Clerk is directed to prepare a summons for Jail Administrator Keith Bowers at the Craighead County Detention Facility, 901 Willett Road, Jonesboro, Arkansas 72401. The United States Marshal is directed to serve the summons, McBroome's Complaint (*Doc. 2*), the Court's Partial Recommended Disposition (*Doc. 10*) and this Order (*Doc. 11*) on him without prepayment of fees and costs or security therefor.[1]

IT IS SO ORDERED this 4th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If the Defendant is no longer a Craighead County employee, the individual responding to service must file a **sealed** statement providing the unserved Defendant's last known private mailing address.