IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AMANDA McBROOME**                                                                                         **PLAINTIFF**

V.                                                   NO. 3:21-CV-20-LPR-JTR

**KEITH BOWERS,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections to the Partial Recommended Disposition have been filed and the time to do so has expired. After a careful and *de novo* review of the PRD and the record, the Court concludes that the PRD should be, and hereby is, approved and adopted as this Court's findings in all respects. Plaintiff's claim against the Craighead County Detention Center is dismissed. The Court notes that passing screening does not necessarily indicate a complaint's ability to survive an adversarial motion to dismiss and certainly says nothing about the summary judgment stage.

IT IS SO ORDERED this 27th day of July, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE