**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**AMANDA MCBROOME**                                                                 **PLAINTIFF**

**V.**                                    **Case No.: 3:21-cv-20-LPR-JTR**

**KEITH BOWERS, Jail Administrator,**
**Craighead County Detention Center**                                               **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Amanda McBroome's Complaint is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 20th day of July 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE